UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| EDDIE HAROLD BILLINGS, Jr.,  )  <br>  ) <br> Plaintiff,  ) <br>  ) <br> vs.  ) <br>  ) <br> BEAM TEAM,  ) <br>  ) <br> Defendant.  ) | 1:12-cv-1133-TWP-MJD |

**Entry Again Directing Further Proceedings**

*Black's Law Dictionary* 1591 (8th ed. 2004) defines "venue" variously as "[t]he proper or possible place for a lawsuit to proceed," and "[t]he county or other territory over which a trial court has jurisdiction."

The plaintiff shall have **through November 26, 2012,** in which to identify the district(s) for the proper venue of this action. For the rule pertinent to determining the proper venue of an action such as this, the plaintiff may refer to the guide identified in the first paragraph of the Entry issued on November 1, 2012.

**IT IS SO ORDERED.**

Date: 11/20/2012

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

Eddie Harold Billings, Jr.
403 N. Rural Street
Indianapolis, IN 46201